**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-348-REB

In re: FALCON HOMES, INC.
EIN: 84-1029190

    Debtor.

_____

ALBERT HOFFMAN, Chapter 7 Trustee,

    Plaintiff,

v.

DARRELL G. SCHMIDT,                    Bankruptcy Case No. 02-29932 SBB
SUNSET MANAGEMENT, LLC.          Adversary Case No. 04-2096 SBB

    Defendants.
_____

MINUTE ORDER[1]
_____

    The matter comes before the court on the **Notice of Pending Settlement and Unopposed Motion to Hold Proceeding in Abeyance and Vacate Trial** [#6], filed September 6, 2006.  After careful review of the motion and the file, the motion to vacate the trial is GRANTED.  The trial preparation conference set for October 20, 2006, and the jury trial set to commence November 6, 2006, are **VACATED**.  The motion is otherwise DENIED.

Dated:  September 12, 2006
-----------------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.