**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00348-REB

In re: FALCON HOMES, INC.
EIN: 84-1029190

Debtor.

ALBERT HOFFMAN, Chapter 7 Trustee,

    Plaintiff,

v.

DARRELL G. SCHMIDT,                    Bankruptcy Case No. 02-29932 SBB
SUNSET MANAGEMENT, LLC,          Adversary Case No. 04-2096 SBB

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    This matter is before the court *sua sponte*. On March 2, 2007, the bankruptcy court entered an order dismissing this adversary proceeding with prejudice. The above-captioned case is pending in this court because one or both of the parties demanded a jury trial of this matter, if a trial was necessary. The parties have settled their dispute, and that settlement led to the bankruptcy court's order of dismissal. This case is resolved fully. **THEREFORE, IT IS ORDERED** that this case is **DISMISSED** and **CLOSED**.

    Dated June 7, 2007, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn
                                            United States District Judge**